June 12, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ANDREW HAUT, Appellant

NO. 14-10-01224-CV                    V.

GREEN CAFE MANAGEMENT, INC. AND ALABAMA GREEN, LLC, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Green Café Management, Inc. and Alabama Green, LLC, signed November 10, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Andrew Haut, to pay all costs incurred in this appeal. We further order this decision certified below for observance.